IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Raymond C

Printed: 12/23/08

Case Number: 04 B 43409
Judge: Wedoff, Eugene R
Filed: 11/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 14, 2008
Confirmed: January 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,932.33 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,556.98 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,504.40 |
| Trustee Fee: |  | 508.33 |
| Other Funds: |  | 362.62 |
| Totals: | 9,932.33 | 9,932.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,504.40 | 2,504.40 |
| 2. | Illinois Dept of Revenue | Priority | 317.10 | 0.00 |
| 3. | Educational Credit Management Corp | Unsecured | 6,375.71 | 6,375.71 |
| 4. | Perimeter Credit | Unsecured | 152.36 | 152.36 |
| 5. | Marshall Field & Company | Unsecured | 28.91 | 28.91 |
| 6. | Illinois Dept of Revenue | Unsecured | 39.50 | 0.00 |
| 7. | Provident Mortgage | Secured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Security Credit Systems | Unsecured | | No Claim Filed |
| 10. | City Of Chicago | Unsecured | | No Claim Filed |
| 11. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 12. | First Financial | Unsecured | | No Claim Filed |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| 14. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 15. | American Educational Services | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Wow Internet | Unsecured | | No Claim Filed |
| | | | $ 9,417.98 | $ 9,061.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jackson, Raymond C

Printed: 12/23/08

Case Number:  04 B 43409
Judge:  Wedoff, Eugene R
Filed:  11/23/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 47.35 |
| 4% | 25.20 |
| 3% | 17.44 |
| 5.5% | 100.50 |
| 5% | 31.65 |
| 4.8% | 62.52 |
| 5.4% | 217.23 |
| 6.6% | 6.44 |
|  | $ 508.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

